

FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0557

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JASON M. PERKINS,

Defendant and Appellant.

FILED

DEC 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Jason Miles Perkins has filed a verified Petition for an Out-of-Time Appeal, indicating that he discussed filing a timely appeal with his attorney, but that his attorney failed to file it for him. He includes copies of a letter and an affidavit from a different attorney advising him to file a motion to withdraw guilty plea in the Twenty-second Judicial District Court, Carbon County. Perkins does not indicate whether he has filed such motion in District Court.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

We secured copies of the Acknowledgement of Rights and Plea Agreement as well as Perkins's Sentence and Judgment. On November 13, 2017, Perkins, represented by counsel, entered into a plea agreement whereby the two counts of felony sexual assault and felony sexual intercourse without consent were presented for victimizing two minor children, along with the acknowledgment of a possible maximum punishment of 300 years in the Montana State Prison. Perkins pleaded guilty to the two counts of sexual assault in exchange for dismissal of the third offense. The State and Perkins agreed to recommend a fifteen-year commitment to the Department of Corrections (DOC) with all but five years suspended along with a concurrent, suspended fifteen-year commitment to the District Court. This Plea Agreement specifically stated:

> There is a plea agreement under §46-12-211, subsection (1)(c), MCA, which is filed herewith. . . . I further understand that, under a lawful sentence which may be imposed for the offenses to which I have pled guilty and, if the Court imposes a sentence greater than that recommended in the plea agreement, I would **not** be allowed to withdraw my guilty pleas as a matter of law.

Acknowledgement of Rights and Plea Agreement, at 4 (emphasis in original). On September 11, 2018, the District Court, after making a thorough inquiry of Perkins regarding the voluntariness of his pleas, his understanding of his constitutional rights, and the consequences of waiving such rights, sentenced Perkins to fifteen years, with no time suspended, in a prison designated by the DOC, followed by a consecutive, unsuspended fifteen years.

Perkins provides no reason why he waited more than two years to seek an appeal of his conviction and sentence. We conclude that Perkins has not demonstrated extraordinary circumstances to warrant an out-of-time appeal, amounting to a gross miscarriage of justice in this denial of his Petition. Accordingly,

IT IS ORDERED that Perkins's Petition for an Out-of-Time Appeal is DENIED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record; to Rochelle Loyning, Clerk of District Court, Carbon County, under Cause No. DC-16-04; and to Jason Perkins personally.

DATED this ___1st___ day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2